

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

GILBERT F. PETERS,

      Debtor.
_____/

Case No. 13-12347

Honorable John Corbett O'Meara

## ORDER DENYING APPEAL AND
## AFFIRMING BANKRUPTCY COURT'S ORDERS

This matter came before the court on debtor Gilbert F. Peters' May 28, 2013 appeal of two orders of the United States Bankruptcy Court entered April 2, 2013. No response was filed, and no oral argument was heard.

On April 2, 2013, the bankruptcy court entered two orders. The first denied Peters' request to pay the filing fee in installments; the second dismissed his case pursuant to a June 28, 2010 order of the court barring Peters from filing a bankruptcy under Chapter 7 for eight years. Peters fails to allege any facts or cite any case law to support his appeal.

Accordingly, it is hereby **ORDERED** that this appeal is **DENIED**; and the orders of the bankruptcy court are **AFFIRMED**.

                                                              */s/ John Corbett O'Meara*
                                                              John Corbett O'Meara
                                                              United States District Judge

Dated: *August 16, 2013*