UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

GILBERT F. PETERS,

    Debtor.
_____/

Case No. 13-12347

Honorable John Corbett O'Meara

## ORDER DENYING AUGUST 1, 2014 MOTION FOR RELIEF FROM ORDER

This matter came before the court on debtor Gilbert F. Peters' August 1, 2014 Motion for Relief from Order as Being "Void" Pursuant to 28 Federal Rules of Civil Procedure, Rule 60(b). No response was filed, and no oral argument was heard.

Nearly a year before Peters filed this motion, this court entered an order denying his bankruptcy appeal and affirming two April 2, 2013 orders of the bankruptcy court. Peters now seeks relief from this court's August 16, 2013 order by way of Rule 60(b) of the Federal Rules of Civil Procedure. As with his previous filings, Peters has failed to make a cogent argument to support his motion.

Accordingly, it is hereby **ORDERED** that the motion is **DENIED.**

                                        s/John Corbett O'Meara
                                        United States District Judge

Date: September 12, 2014

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, September 12, 2014, using the ECF system and/or ordinary mail.

                                             s/William Barkholz
                                             Case Manager